# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ANNETTE KRAUSE,<br>*Plaintiff*<br>v.<br>ADAMS COUNTY,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:19-CV-0268-TOR<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:

Defendant Adams County's Motion for Summary Judgment (ECF No. 5) is GRANTED. Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Defendant's Motion for Summary Judgment at ECF No. 5.

Date: February 3, 2020

*CLERK OF COURT*

SEAN F. McAVOY

*s/ Bridgette Fortenberry*

*(By) Deputy Clerk*
Bridgette Fortenberry